BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $10,420.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 2:16-MC-00072-KJM-AC<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

　　　　It is hereby stipulated by and between the United States of America and claimant Ivan Gutierrez ("claimant"), by and through their respective counsel, as follows:

　　　　1.　　On or about January 19, 2016, claimant Ivan Gutierrez filed a claim, in the administrative forfeiture proceedings, with the Federal Bureau of Investigation with respect to the Approximately $10,420.00 in U.S. Currency, which was seized on September 19, 2015.

　　　　2.　　The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

　　　　3.　　Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

1

Stipulation and Order to Extend Time

1  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant
2  currency is subject to forfeiture within ninety days after a claim has been filed in the administrative
3  forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement
4  of the parties.  The deadline is April 18, 2016.

5      4.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an
6  extension to May 18, 2016, the time in which the United States is required to file a civil complaint
7  for forfeiture against the defendant currency and/or to obtain an indictment alleging that the
8  defendant currency is subject to forfeiture.

9      5.    Accordingly, the parties agree that the deadline by which the United States shall be
10 required to file a complaint for forfeiture against the defendant currency and/or to obtain an
11 indictment alleging that the defendant currency is subject to forfeiture shall be extended to May 18,
12 2016.

Dated:   4/6/16                                           BENJAMIN B. WAGNER
                                                          United States Attorney

                                                    By:   /s/ Kevin C. Khasigian
                                                          KEVIN C. KHASIGIAN
                                                          Assistant U.S. Attorney

Dated:   4/6/16                                            /s/ David W. Dratman
                                                          DAVID W. DRATMAN
                                                          Attorney for claimant
                                                          Ivan Guiterrez

                                                          (Authorized via telephone)

IT IS SO ORDERED.

Dated:  May 6, 2016

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

2

Stipulation and Order to Extend Time